**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000388
09-MAR-2023
07:54 AM
Dkt. 86 OGMD**

NO. CAAP-22-0000388

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE RESIDUARY TRUST CREATED UNDER THE
BETTY C. LEU REVOCABLE TRUST DATED MAY 25, 2006, AS AMENDED

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(TRUST NO. 1CTR-22-0000012)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of Respondent-Appellant Lester K.M. Leu's March 3, 2023 Motion to Dismiss Appeal, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b). The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, March 9, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge